# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SABRINA VILLALOBOS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-282

[June 3, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Melinda K. Brown, Judge; L.T. Case Nos. 17-006127MM10A and 18-03AC10A.

Gordon Weekes, Public Defender, and Sarah W. Sandler, Assistant Public Defender, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***